**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANSER MARCELO RIBERIRO GUIMARAES,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HACKENSACK; SERGEANT SEAN BRIGGS (Shield #273), individually; POLICE OFFICER AZIAH MILLER, individually; POLICE OFFICER CARMINE MACERI, individually; and JOHN DOES 1-5, individuallys<br><br>Defendants. | Civil Action No. 2:26-cv-12801-BRM-AME<br><br>Civil Action<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY [Local Civil rule 6.1(b)]** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending time within which Defendant, Police Officer Carmine Maceri may answer, move, or otherwise reply to the Complaint filed by Plaintiff, Janser Marcelo Riberiro Guimaraes and it representedt that:

1. No previoulsy extension has been obtained;
2. Service of Process was effected on October 30, 2026; and
3. Time to Answer, Move or otherwise Reply expires on November 20, 2026.

By: /s/ Cheyne R. Scott
Cheyne R. Scott, Esq.
CHASAN LAMPARELLO MALLON & CAPPUZZO, PC
Attorneys for Defendant, City of Newark
300 Ligthting Way, Suite 200
Secaucus, New Jersey 07904
Attorneys for Defendant, Police Officer Carmine Maceri

Dated: November 16, 2026

**ORDER**

The above application is **ORDERED GRANTED**. Defendants time to answer, move or otherwise reply is extended to December 4, 2026.

By:______________________________
Deputy Clerk

**ORDER DATED:**