**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JANSER MARCELO RIBEIRO GUIMARAES**<br><br>*Plaintiff,*<br><br>vs.<br><br>**CITY OF HACKENSACK; SERGEANT SEAN BRIGGS (Shield #273), individually; POLICE OFFICER AZIAH MILLER, individually; POLICE OFFICER CARMINE MACERI, individually; and JOHN DOES 1-5, individually,**<br><br>*Defendants.* | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br>Civil Action No.: 2:26-cv-12801 (BRM) (AME) |

To: Melissa E. Rhoads, Esq.
Clerk
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Application is hereby made pursuant to *L.Civ.R.* 6.1 for a Clerk's Order extending the time within which defendant, City of Hackensack, may answer, move, or otherwise reply to the complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on October 30, 2026; and,

3. Time to Answer, Move or otherwise Reply expires on November 20, 2026.

s/ Leonard E. Seaman
RICHARD MALAGIERE
LEONARD E. SEAMAN
The Law Offices of Richard Malagiere,
A Professional Corporation
250 Moonachie Avenue, Suite 3000A
Moonachie, New Jersey 07073
201-509-4181
rm@malagierelaw.com
les@malagierelaw.com

DATED: November 17, 2026

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to __________________.

ORDER DATED: ______________

By:_______________________
Deputy Clerk