**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JANSER MARCELO RIBEIRO GUIMARAES,
Plaintiff,

v.

CITY OF HACKENSACK; SERGEANT SEAN BRIGGS; POLICE OFFICER AZIAH MILLER; POLICE OFFICER CARMINE MACERI; and JOHN DOES 1–5,
Defendants.

**Civil Action No. 2:26-cv-12801-BRM-AME**

**NOTICE OF CHANGE OF ADDRESS**

Plaintiff Janser Marcelo Ribeiro Guimaraes, proceeding pro se, gives notice of a change in his mailing address pursuant to Local Civil Rule 10.1(a). Plaintiff requests that the Clerk update the Court's records and direct all future notices, orders, and correspondence in this action to the following address:

**Janser Marcelo Ribeiro Guimaraes**
**188 Summit Ave**
**Hackensack, NJ 07601**

This address replaces Plaintiff's prior mailing address of 55 W 110th St., #613, New York, NY 10026, previously listed in the Complaint and related filings. Plaintiff's telephone number and email address remain unchanged:

Telephone: (646) 665-9964
Email: ajmblrg@gmail.com

This notice concerns only Plaintiff's mailing address. Plaintiff remains pro se unless and until the Court enters an order appointing counsel.

Dated: November 17, 2026
Respectfully submitted,

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 NOV 17 A 11:57

______________________________

**JANSER MARCELO RIBEIRO GUIMARAES**
Plaintiff, Pro Se
188 Summit Ave
Hackensack, NJ 07601
Telephone: (646) 665-9964
Email: ajmblrg@gmail.com

CERTIFICATE OF SERVICE

I certify that on November 17, 2026, I served a copy of this Notice by regular first-class U.S. Mail on counsel who have appeared for represented defendants and on any unrepresented defendants entitled to service, at their respective service addresses.

Date: November 17, 2026 Signature: ____________________